IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02291-CMA-CBS      Date: January 30, 2015
Courtroom Deputy: Amanda Montoya     FTR – Reporter Deck-Courtroom A402

*Parties:*     *Counsel:*

JAY R. MEACHAM,     L. Daniel Rector

Plaintiff,

v.

ENCOMPASS INDEMNITY COMPANY,     Nicole King

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 02:32 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to *Stipulated MOTION [18] for Protective Order*. Information listed in the motion is not listed in the protective order itself. Discussion regarding court rules regarding restricting documents.

**ORDERED:**     *Stipulated MOTION [18] for Protective Order* is **DENIED.**

HEARING CONCLUDED.

**Court in recess: 02:39 p.m.**
Total time in court: 00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.