**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02291-CMA-CBS

JAY R. MEACHAM,

    Plaintiff,

v.

ENCOMPASS INDEMNITY COMPANY,
a/k/a ENCOMPASS INSURANCE,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. # 36), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: October 15, 2015

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge